UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LAWRENCE LESSER,<br><br>                Plaintiff,<br><br>   v.<br><br>XURA, INC., HENRY R. NOTHHAFT, SUSAN D. BOWICK, JAMES BUDGE, NICCOLO DE MASI, MATTHEW A. DRAPKIN, DORON INBAR, PHILIPPE TARTA VULL, MARK C. TERRELL, SIRIS CAPITAL GROUP, LLC, SIERRA PRIVATE HOLDINGS II LTD., and SIERRA PRIVATE MERGER SUB INC.,<br><br>                Defendants. | Civil Action No.: 1:16-CV-11445 |

**REPORT OF THE PARTIES AND
WITHDRAWAL OF PRELIMINARY INJUNCTION MOTION**

Pursuant to paragraph 1 of the Court's Order dated July 18, 2016, the parties report that they have reached an agreement in principle to resolve plaintiff's motion for preliminary injunction, and this entire case, on the basis of supplemental disclosures. The parties are proceeding to negotiate a memorandum of understanding ("MOU"). In the unlikely event that they do not reach agreement on the terms of an MOU, defendant Xura, Inc. will still make supplemental disclosures addressing all matters raised by the preliminary injunction motion. The parties agree that the preliminary injunction motion is therefore moot, and plaintiff withdraws the motion.

Respectfully submitted,

| | |
|---|---|
| /s/ Mitchell J. Matorin | /s/ Bruce E. Falby |
| Mitchell J. Matorin (BBO No. 649304) | Bruce E. Falby (BBO No. 544143) |
| MATORIN LAW OFFICE, LLC | Leah S. P. Rabin (BBO No. 684530) |
| 18 Grove Street, Suite 5 | DLA PIPER LLP (US) |
| Wellesley, MA 02482 | 33 Arch Street. 26th Floor |
| (781) 453-0100 | Boston, MA 02110 |
| | (617) 406-6020 |
| OF COUNSEL: | |
| | Attorneys for Xura, Inc., Henry R. Nothhaft, Susan D. Bowick, James Budge, Niccolo de Masi, Matthew A. Drapkin, Doron Inbar, Philippe Tartavull, and Mark C. Terrell |
| Seth D. Rigrodsky | |
| Brian D. Long | |
| Gina M. Serra | |
| RIGRODSKY & LONG, P.A. | |
| 2 Righter Parkway, Suite 120 | |
| Wilmington, DE 19803 | |
| | |
| Attorneys for Plaintiff | |
| | /s/ Kathryn L. Alessi |
| | Kathryn L. Alessi (BBO No. 651110) |
| | SIDLEY AUSTIN LLP |
| | 60 State Street, 36th Floor |
| | Boston, MA 02109 |
| | (617) 223-0364 |
| | Attorneys for Siris Capital Group, LLC, Sierra Private Holdings II Ltd., and Sierra Private Merger Sub Inc. |

Dated: July 22, 2016

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF") and paper copies will be sent to those indicated as non-registered participants on July 22, 2016.

/s/ Bruce E. Falby
Bruce E. Falby

WEST\270187038.1