UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LAWRENCE LESSER,<br><br>                    Plaintiff,<br><br>     v.<br><br>XURA, INC., HENRY R. NOTHHAFT, SUSAN D. BOWICK, JAMES BUDGE, NICCOLO DE MASI, MATTHEW A. DRAPKIN, DORON INBAR, PHILIPPE TARTA VULL, MARK C. TERRELL, SIRIS CAPITAL GROUP, LLC, SIERRA PRIVATE HOLDINGS II LTD., and SIERRA PRIVATE MERGER SUB INC.,<br><br>                    Defendants. | Civil Action No.:  1:16-CV-11445 |

## NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Lawrence Lesser hereby voluntarily dismisses this action with prejudice as to himself only, with all rights of notice and appeal waived.

Dated: January 29, 2018

OF COUNSEL:

Seth D. Rigrodsky
Brian D. Long
Gina M. Serra
RIGRODSKY & LONG, P.A.
300 Delaware Avenue, Suite 01220
Wilmington, DE 19801

*/s/ Mitchell J. Matorin*
Mitchell J. Matorin (BBO No. 649304)
MATORIN LAW OFFICE, LLC
18 Grove Street, Suite 5
Wellesley, MA 02482
(781) 453-0100

*Attorneys for Plaintiff*

- 2 -

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF") and paper copies will be sent to those indicated as non-registered participants on January 29, 2018.

                                */s/ Mitchell J. Matorin*
                                Mitchell J. Matorin